| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| SIMON GREENSTONE PANATIER, PC<br>Leach C. Kagan, Esq.<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>Emails: LKagan@sgpblaw.com<br>(214) 276-7680<br>(214) 276-7699<br>Attorneys for Plaintiffs<br><br>SZAFERMAN, LAKIND,<br>  BLUMSTEIN & BLADER, P.C.<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511 | Case No. 19-01189-FKC<br><br>Lead Case No: 19-10289-LSS |
| In Re:<br>Imerys Talc America, Inc. | Chapter 11 |
| DAVID CHARLES ETHERIDGE and<br>DARLENE PASTORE ETHERIDGE<br><br>           Plaintiffs,<br>   v.<br><br>BRENNTAG NORTH AMERICA, INC., (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in interest to WHITTAKER, CLARK & DANIELS, INC.);<br><br>BRENNTAG SPECIALTIES, INC., f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br>JOHNSON & JOHNSON;<br><br>JOHN DOE CORPORATIONS 1-50 (fictitious);<br><br>           Defendants. | Hearing Date:<br><br>Judge: Hon. Kathryn C. Ferguson,<br>          Chief Judge |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Arnold C. Lakind, Esq. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:         SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
                           101 Grovers Mill Road, Suite 200
                           Lawrenceville, NJ 08648
                           alakind@szaferman.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 26, 2019                                    *s/ Arnold C. Lakind*
                                                                  Signature