| UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| SIMON GREENSTONE PANATIER, PC<br>Leach C. Kagan, Esq.<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>Emails: LKagan@sgpblaw.com<br>(214) 276-7680<br>(214) 276-7699<br>Attorneys for Plaintiffs<br><br>SZAFERMAN, LAKIND,<br>  BLUMSTEIN & BLADER, P.C.<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email:  RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511 |

| In Re:<br>Imerys Talc America, Inc. |
|---|
| DAVID CHARLES ETHERIDGE and DARLENE PASTORE ETHERIDGE<br><br>          Plaintiffs,<br>v.<br><br>BRENNTAG NORTH AMERICA, INC., (sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in interest to WHITTAKER, CLARK & DANIELS, INC.);<br><br>BRENNTAG SPECIALTIES, INC., f/k/a MINERAL PIGMENT SOLUTIONS, INC. (sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.);<br>JOHNSON & JOHNSON;<br><br>JOHN DOE CORPORATIONS 1-50 (fictitious);<br><br>          Defendants. |

Case No. 19-01189-FKC

Lead Case No: 19-10289-LSS

Chapter 11

Hearing Date:

Judge: Hon. Kathryn C. Ferguson,
       Chief Judge

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Robert E. Lytle, Esq. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:          SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
RLytle@szaferman.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 26, 2019          *s/ Robert E. Lytle*
                                                    Signature