# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:
Debtor

Case No.:
Chapter

David Charles Etheridge
Plaintiff

v.

Brenntag North America, Inc.
Defendant

Adv. Proc. No. 19–01189–KCF        Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 23, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 29 – 18
Order Granting Application To Allow Attorney Marcia L. Goldstein Esq. as Special Counsel to Appear Pro Hac Vice (Related Doc # 18). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 5/16/2019. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 23, 2019
JAN: bwj

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey
```

Etheridge,
     Plaintiff                                                                                              Adv. Proc. No. 19-01189-KCF

Brenntag North America, Inc.,
     Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 23, 2019
                              Form ID: orderntc        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
```
aty            +Leah Kagan,    Simon Greenstone Panatier Bartlett, P.C.,    3780 Kilroy Airport Way, Suite 540,
                 Long Beach, CA 90806-2459
aty            +Mark S Gaffrey,    Hoagland, Longo, Moran, Dunst & Doukas,,   40 Patterson Street,
                 New Brunswick, NJ 08901-1205
aty            +Ronald Edward Hurst,    Montgomery McCracken Walker Rhoads LLP,    Liberty View, Suite 600,
                 457 Haddonfield Road,   Cherry Hill, NJ 08002-2217
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              Arnold C. Lakind    on behalf of Plaintiff Darlene Pastore Etheridge alakind@szaferman.com,
               jkane@szaferman.com
              Arnold C. Lakind    on behalf of Plaintiff David Charles Etheridge alakind@szaferman.com,
               jkane@szaferman.com
              Diane P. Sullivan    on behalf of Defendant    Johnson & Johnson diane.sullivan@weil.com
              John Charles Garde, Jr    on behalf of Defendant    Johnson & Johnson jgarde@mccarter.com,
               bsherman@mccarter.com
              Robert E. Lytle    on behalf of Plaintiff David Charles Etheridge RLytle@szaferman.com,
               jkane@szaferman.com
              Robert E. Lytle    on behalf of Plaintiff Darlene Pastore Etheridge RLytle@szaferman.com,
               jkane@szaferman.com
                                                                                             TOTAL: 6
```